**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Jon Wynn Jarrard, Sr., Petitioner.

Appellate Case No. 2015-000334

Appeal from Horry County
The Honorable Larry B. Hyman, Jr., Circuit Court Judge

Memorandum Opinion No. 2016-MO-022
Heard June 14, 2016 – Filed June 29, 2016

**DISMISSED AS IMPROVIDENTLY GRANTED**

Craig Robert Stanley and Chief Appellate Defender Robert Michael Dudek, both of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Senior Assistant Deputy Attorney General Deborah R.J. Shupe, and Assistant Attorney General Mark Reynolds Farthing, all of Columbia, and Solicitor Jimmy A. Richardson, II, of Conway, for Respondent.

**PER CURIAM:**  After careful review of the record, appendix, and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, C.J., BEATTY, KITTREDGE, HEARN and FEW, JJ., concur.**